UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEFFREY ZAMBRANA, an individual,

    Plaintiff,

v.                                      Case No.:   2:23-cv-731-SPC-KCD

SCUBAVICE DIVING CENTER, LLC AND RAMIRO I. PALMA,

    Defendants.
_____/

## **OPINION AND ORDER**

Before the Court is Plaintiff's Renewed Motion for Entry of Default Judgment (Doc. 51) and United States Magistrate Judge Kyle C. Dudek's Amended Report and Recommendation (Doc. 53). Judge Dudek recommends that Plaintiff's motion be granted in part and that the clerk be directed to enter judgment in his favor. No party objected, so the matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). In the absence of specific objections, there is no requirement that a district judge review the report and recommendation de novo. *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, when

parties don't object, a district court need only correct plain error as demanded by the interests of justice. *See, e.g.*, *Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150-52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. It accepts and adopts the Amended Report and Recommendation in full.

Accordingly, it is now

**ORDERED:**

1. Judge Dudek's Amended Report and Recommendation (Doc. 53) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.

2. Plaintiff's Renewed Motion for Entry of Default Judgment (Doc. 51) is **GRANTED in part**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant Scubavice Diving Center, LLC, in the amount of $102,958.36, calculated as follows:

    a. $51,023.68 in unpaid minimum wages and an equal amount of liquidated damages, for a total of $102,047.36; and

      b. $911 in costs.

4. The Clerk is further **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

5. If Plaintiff wishes to seek attorney's fees, he must file the appropriate motion within 14 days of the entry of judgment.

**DONE** and **ORDERED** in Fort Myers, Florida on January 28, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record